PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
1:96CR00443-JEM(3)

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| SERGIO ENRIQUE ECHEVARRIA<br>MD/FL | SD/FL | MIAMI, FL |

NAME OF SENTENCING JUDGE
THE HONORABLE JOSE E. MARTINEZ

| SD/FL PACTS NO.: 46773 | DATE OF SUPERVISED RELEASE | FROM 12/14/2021 | TO 12/13/202 |
|---|---|---|---|

**OFFENSE:**
Counts 1, 2, and 4 Interference With Commerce By Threat/Violence, in violation of 18 U.S.C. §1951.F; Count 5, Motor Vehicle Theft – Carjacking in violation of 18 U.S.C. §2119.F; and Count 6, Violent Crime/Firearm in violation of 18 U.S.C. § 924C.F.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the <u>Middle District Of Florida</u> upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/17/2022
*Date*

*United States District Judge*
Jose E. Martinez

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

**IT IS HEREBY ORDERED** that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                               *United States District Judge*

